DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GRAY'S FOODS, INC., <br> an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SALMAN D. YONO, <br> RANDY YONO, and <br> SUNVIEW ROCKFORD, INC., <br> an Illinois corporation, <br><br> Defendants. | ) <br> ) Case No. 08 C 50088 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RULE 41(a) NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Gray's Foods, Inc., an Illinois corporation, by its attorneys, hereby files this notice of dismissal of this action without prejudice. This notice is being filed prior to Defendant being served or having filed an appearance herein.

Dated: June 3, 2008.

Respectfully submitted,

Gray's Foods, Inc.

By:     /s/ Jeffrey L. Lewis
      One of its attorneys

Jeffrey D. Lewis
ARDC No. 6257559
Klein, Stoddard, Buck, Waller & Lewis, LLC
2045 Aberdeen Court, Suite A
Sycamore, IL 60178
815-748-0380
815-748-4030 (fax)